JS-6

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

**OCT 2 8 2014**

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

**OCT 2 8 2014**

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| DAYNELL BERNARD BELL,<br><br>          Petitioner,<br><br>     v.<br><br>JOHN SCOTT, Sheriff for<br>Los Angeles County,<br><br>          Respondent. | Case No. CV 14-07363 BRO (AN)<br><br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice for the reasons set forth in the related Order Summarily Dismissing Habeas Petition.

Dated: October 27, 2014

_____
BEVERLY REID O'CONNELL
UNITED STATES DISTRICT JUDGE

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL POSTAGE PREPAID, TO ALL COUNSEL Petitioner
(OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED _____10-28-2014_____

_____
DEPUTY CLERK